Thomas A. Zimmerman, Jr.
tom@attorneyzim.com
**ZIMMERMAN AND ASSOCIATES, P.C.**
100 West Monroe, Suite 1300
Chicago, IL 60603
Telephone: (312) 440-0020

MICHAEL J. CERESETO (SBN: 56711)
mcereseto@buchalter.com
RUSSELL L. ALLYN (SBN: 143531)
rallyn@buchalter.com
**BUCHALTER NEMER** A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for Defendants
CHARLOTTE RUSSE HOLDING, INC.,
CHARLOTTE RUSSE MERCHANDISING, INC.;
CHARLOTTE RUSSE, INC.; and
CHARLOTTE RUSSE ADMINISTRATION, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIN DUDZIENSKI, | **Case No. CV 07 06729 RGK (CTx)** |
| Plaintiff, | |
| vs. | **ORDER RE STIPULATION FOR DISMISSAL** |
| CHARLOTTE RUSSE HOLDING, INC., a Delaware corporation, individually, and d/b/a/ Charlotte Russe; CHARLOTTE RUSSE MERCHANDISING, INC., a California corporation, individually, and d/b/a/ Charlotte Russe; CHARLOTTE RUSSE, INC., a California corporation, individually, and d/b/a Charlotte Russe; CHARLOTTE RUSSE ADMINISTRATION, INC., a California corporation, individually, and d/b/a Charlotte Russe, and DOES 1-10, | Complaint Filed: July 6, 2007 |
| Defendants. | |

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 2081869v2                                   1

**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL**
**CASE NO. CV 07 06729 RGK (CTX**

# [PROPOSED] ORDER

Pursuant to the Stipulation of the parties filed herewith, and pursuant to Federal Rule of Civil Procedure 41(a)(1)A(ii), Plaintiff's individual claims against Defendants are hereby dismissed with prejudice, and with each party bearing its own costs.  Plaintiff's putative class claims against Defendants are dismissed without prejudice to the rights of any of the members of the putative class, and with each party bearing its own costs.

IT IS SO ORDERED.

DATE:  July 25, 2008

_____
Honorable R. Gary Klausner
United States District Judge

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 2081869v2

2

**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL**
**CASE NO. CV 07 06729 RGK (CTX**

# CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant(s) as follows:

Anastasios T. Foukas
Kathleen Mary McDonough
Brian H. Eldridge
Steven Alan Hart
**SEGAL MCCAMBRIDGE SINGER AND MAHONEY**
233 South Wacker Drive, Suite 5500
Chicago, IL 60606

Thomas A. Zimmerman, Jr.
Hugh J. Green
**ZIMMERMAN AND ASSOCIATES**
100 West Monroe, Suite 1300
Chicago, IL 60603

　　　/s/　　*Michael J. Cereseto*
MICHAEL J. CERESETO, ESQ.
BUCHALTER NEMER
A PROFESSIONAL CORPORATION
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90017-2457
Telephone:  (213) 891-0700
Facsimile:   (213) 630-5665

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 2081869v2

**PROOF OF SERVICE**
**CASE NO. CV 07 06729 RGK (CTX)**